JS 44C/SDNY
REV. 4/2014

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of
pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the
Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of
initiating the civil docket sheet.

PLAINTIFFS                    JUDGE CAPRONI              DEFENDANTS
UZOMA OGUBUNKA                                           THE GAP, INC., et al      15  CV  1343

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER     ATTORNEYS (IF KNOWN)
Michael B. Palillo, P.C.                                For Gap Inc.: MORGAN LEWIS & BOCKIUS LLP
277 Broadway, Suite 501                                 101 Park Avenue
New York, NY 10007                                      New York, NY 10178, (212) 309-6000

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. §§ 1331, 1441, 1446;  Race Discrimination

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☑ Yes ☐ Judge Previously Assigned

If yes, was this case  Vol. ☐ Invol. ☐  Dismissed. No ☐ Yes ☐  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No ☒    Yes ☐

FEB 2 4 2015

*(PLACE AN [x] IN ONE BOX ONLY)*        NATURE OF SUIT

|  | TORTS |  | ACTIONS UNDER STATUTES |
|---|---|---|---|

**CONTRACT**

[ ] 110   INSURANCE
[ ] 120   MARINE
[ ] 130   MILLER ACT
[ ] 140   NEGOTIABLE
          INSTRUMENT
[ ] 150   RECOVERY OF
          OVERPAYMENT &
          ENFORCEMENT
          OF JUDGMENT
[ ] 151   MEDICARE ACT
[ ] 152   RECOVERY OF
          DEFAULTED
          STUDENT LOANS
          (EXCL VETERANS)
[ ] 153   RECOVERY OF
          OVERPAYMENT
          OF VETERANS
          BENEFITS
[ ] 160   STOCKHOLDERS
          SUITS
[ ] 190   OTHER
          CONTRACT
[ ] 195   CONTRACT
          PRODUCT
          LIABILITY
[ ] 196   FRANCHISE

**REAL PROPERTY**

[ ] 210   LAND
          CONDEMNATION
[ ] 220   FORECLOSURE
[ ] 230   RENT LEASE &
          EJECTMENT
[ ] 240   TORTS TO LAND
[ ] 245   TORT PRODUCT
          LIABILITY
[ ] 290   ALL OTHER
          REAL PROPERTY

**PERSONAL INJURY**

[ ] 310   AIRPLANE
[ ] 315   AIRPLANE PRODUCT
          LIABILITY
[ ] 320   ASSAULT, LIBEL &
          SLANDER
[ ] 330   FEDERAL
          EMPLOYERS'
          LIABILITY
[ ] 340   MARINE
[ ] 345   MARINE PRODUCT
          LIABILITY
[ ] 350   MOTOR VEHICLE
[ ] 355   MOTOR VEHICLE
          PRODUCT LIABILITY
[ ] 360   OTHER PERSONAL
          INJURY
[ ] 362   PERSONAL INJURY -
          MED MALPRACTICE

**PERSONAL INJURY**
[ ] 367   HEALTHCARE/
          PHARMACEUTICAL PERSONAL
          INJURY/PRODUCT LIABILITY
[ ] 365   PERSONAL INJURY
          PRODUCT LIABILITY
[ ] 368   ASBESTOS PERSONAL
          INJURY PRODUCT
          LIABILITY

**PERSONAL PROPERTY**
[ ] 370   OTHER FRAUD
[ ] 371   TRUTH IN LENDING
[ ] 380   OTHER PERSONAL
          PROPERTY DAMAGE
[ ] 385   PROPERTY DAMAGE
          PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463   ALIEN DETAINEE
[ ] 510   MOTIONS TO
          VACATE SENTENCE
          28 USC 2255
[ ] 530   HABEAS CORPUS
[ ] 535   DEATH PENALTY
[ ] 540   MANDAMUS & OTHER

**CIVIL RIGHTS**
[x] 440   OTHER CIVIL RIGHTS
          (Non-Prisoner)
[ ] 441   VOTING
[ ] 442   EMPLOYMENT
[ ] 443   HOUSING/
          ACCOMMODATIONS
[ ] 445   AMERICANS WITH
          DISABILITIES -
          EMPLOYMENT
[ ] 446   AMERICANS WITH
          DISABILITIES -OTHER
[ ] 448   EDUCATION

**PRISONER CIVIL RIGHTS**
[ ] 550   CIVIL RIGHTS
[ ] 555   PRISON CONDITION
[ ] 560   CIVIL DETAINEE
          CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
[ ] 625   DRUG RELATED
          SEIZURE OF PROPERTY
          21 USC 881
[ ] 690   OTHER

**LABOR**
[ ] 710   FAIR LABOR
          STANDARDS ACT
[ ] 720   LABOR/MGMT
          RELATIONS
[ ] 740   RAILWAY LABOR ACT
[ ] 751   FAMILY MEDICAL
          LEAVE ACT (FMLA)
[ ] 790   OTHER LABOR
          LITIGATION
[ ] 791   EMPL RET INC
          SECURITY ACT

**IMMIGRATION**
[ ] 462   NATURALIZATION
          APPLICATION
[ ] 465   OTHER IMMIGRATION
          ACTIONS

**BANKRUPTCY**
[ ] 422   APPEAL
          28 USC 158
[ ] 423   WITHDRAWAL
          28 USC 157

**PROPERTY RIGHTS**
[ ] 820   COPYRIGHTS
[ ] 830   PATENT
[ ] 840   TRADEMARK

**SOCIAL SECURITY**
[ ] 861   HIA (1395ff)
[ ] 862   BLACK LUNG (923)
[ ] 863   DIWC/DIWW (405(g))
[ ] 864   SSID TITLE XVI
[ ] 865   RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870   TAXES (U.S. Plaintiff or
          Defendant)
[ ] 871   IRS-THIRD PARTY
          26 USC 7609

**OTHER STATUTES**
[ ] 375   FALSE CLAIMS
[ ] 400   STATE
          REAPPORTIONMENT
[ ] 410   ANTITRUST
[ ] 430   BANKS & BANKING
[ ] 450   COMMERCE
[ ] 460   DEPORTATION
[ ] 470   RACKETEER INFLU-
          ENCED & CORRUPT
          ORGANIZATION ACT
          (RICO)
[ ] 480   CONSUMER CREDIT
[ ] 490   CABLE/SATELLITE TV

[ ] 850   SECURITIES/
          COMMODITIES/
          EXCHANGE

[ ] 890   OTHER STATUTORY
          ACTIONS
[ ] 891   AGRICULTURAL ACTS

[ ] 893   ENVIRONMENTAL
          MATTERS
[ ] 895   FREEDOM OF
          INFORMATION ACT
[ ] 896   ARBITRATION
[ ] 899   ADMINISTRATIVE
          PROCEDURE ACT/REVIEW OR
          APPEAL OF AGENCY DECISION
[ ] 950   CONSTITUTIONALITY OF
          STATE STATUTES

**ACTIONS UNDER STATUTES**

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION
  UNDER F.R.C.P. 23

DEMAND $ _____  OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☒ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____        DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

**ORIGIN**

*(PLACE AN x IN ONE BOX ONLY)*

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from (Specify District)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ a. all parties represented

☐ b. At least one party is pro se.

*(PLACE AN x IN ONE BOX ONLY)*                  **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☒ MANHATTAN

(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 2/24/2014   SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 07   Yr. 2003  )

RECEIPT #

Attorney Bar Code # 4051751

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form          Save          Print